# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AISHA JOHNSON, an individual, | Case No.: CV-10-2501 RGK (MANx) |
| Plaintiff, | Hon: R. Gary Klausner |
| vs. | [Proposed] JUDGMENT |
| VIRTUAL BANK, INC., a New Jersey Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

On June 2, 2010 the Court took Defendant, Virtual Bank's, Motion to Dismiss Plaintiff, Aisha Johnson's, Complaint under submission. On June 18, 2010, after the Court considered Defendant's Motion, other related filings, the Court's records on this matter, and with good cause appearing, the Court issued an Order granting Defendant's Motion to Dismiss without leave to amend. Based on this ruling and consistent with the Court's Order dated June 18, 2010:

**IT IS SO ORDERED, ADJUDGED AND DECREED** that Judgment of Dismissal be entered in favor of Defendant, Virtual Bank.

**IT IS SO ORDERED.**

Dated AUG - 3 2010

_____
Honorable R. Gary Klausner
United States District Court Judge

1